UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:2024-CR-80056-Rosenberg/Reinhart

18 U.S.C. § 1111

UNITED STATES OF AMERICA

vs.

CHRISTOPHER SCHWEIKART,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about March 16, 2024, within the special maritime and territorial jurisdiction of the United States, in Palm Beach County, in the Southern District of Florida, the defendant,

**CHRISTOPHER SCHWEIKART,**

willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill J.R.A. Jr., in violation of Title 18, United States Code, Sections 1111(a) and 7.

A TRUE BILL

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CHRISTOPHER SCHWEIKART,

_____ / 

CASE NO.: 9:2024-CR-80056-Rosenberg/Reinhart

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

**Court Division** (select one)
- ☐ Miami    ☐ Key West    ☐ FTP
- ☐ FTL      ■ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take _3-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)
   I    ■ 0 to 5 days                ☐ Petty
   II   ☐ 6 to 10 days               ☐ Minor
   III  ☐ 11 to 20 days              ☐ Misdemeanor
   IV   ☐ 21 to 60 days              ■ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 9:24-mj-08124-WM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of 3/19/24

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501696

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: CHRISTOPHER SCHWEIKART

Case No: 9:2024-CR-80056-Rosenberg/Reinhart

Count #: 1

First-Degree Murder

Title 18, United States Code, Section 1111
* **Max. Term of Imprisonment:** life imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** life imprisonment
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.