IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF FLORIDA

CASE NO:    24-CR-80056-RJR

UNITED STATES OF AMERICA

v

CHRISTOPHER SCHWEIKART
_____/

## DEFENDANT, CHRISTOPHER SCHWEIKART'S, UNOPPOSED MOTION TO REMAIN HOUSED IN THE FEDERAL DETENTION CENTER – MIAMI FOR THE DURATION OF HIS INSTANT CASE PROCEEDINGS

COMES NOW, Defendant, CHRISTOPHER SCHWEIKART ("SCHWEIKART"), with the agreement of the United States, through Mr. Marton Gyires, AUSA, Esq.; Dr. Lisa Feldman, PsyD, the assigned mental health expert for Defendant's Court-Ordered Mental health evaluation; and Dr. Carmen Rodriguez, Chief Psychologist at the Federal Detention Center - Miami ("FDC-Miami"), and prays this Honorable Court to Order Schweikert remain housed in FDC-Miami for the duration of his open case.

Defendant was arrested on March 16, 2024, and charged with First Degree Murder Within the Special Maritime or Territorial Jurisdiction of the United States, contrary to 18 U.S.C. 1111. Schweikert is facing a maximum punishment of life imprisonment.

The homicide in this case occurred at the Veterans Affairs Medical Center in West Palm Beach ("VA"), in the Southern District of Florida, after Defendant voluntarily checked himself into the VA shortly before this homicide occurred.

Defendant is in custody and remains in FDC-Miami without any current or future defense request(s) for pre-trial release.

1

This case focuses on the accused's mental health at the time of the killing. Defense previously filed a Notice to Rely on the Defense of Insanity. Thereafter, pursuant to the Federal Rules of Criminal Procedure, this Honorable Court Ordered Defendant be evaluated. The Bureau of Prisons evaluation's report is due defense no later than November 22, 2024; and defense report is due to the Government no later than November 27, 2024. This Honorable Court set a zoom hearing to discuss the matters after the reports are provided the parties on December 3, 2024, at 10:00am.

Counsel certifies he has been personally advised the following from the below listed Interested individuals pertaining to this specific agreed request:

A. Mr. Marton Gyires, Esq., AUSA: "No objection from the government";
B. Dr. Lisa B. Feldman: "In order to continue providing continuity of mental health care and ensure Defendant Schweikart's current mental health stability, I am recommending and requesting that Defendant Schweikart remain housed at FDC-Miami throughout his court proceedings.  Please let me know if you have any questions or concerns."
C. Dr. Carmen Rodriguez, as expressed to counsel by Dr. Feldman: "Please be advised that Dr. Carmen Rodriguez  (c13rodriguez@bop.gov) is the Chief Psychologist at the FDC-Miami and does not object to Defendant Schweikart remaining at FDC-Miami throughout his legal proceedings for the aforementioned reasons in my initial email on today's date."; and
D. DE 26 states, inter alia, the following: "Upon ore tenus motion of the Defendant, the Court also requested that the United States Marshal transfer the Defendant to FDC-Miami so that any mental health issues of the Defendant can be appropriately addressed."

Defense agrees with the mental health experts and the AUSA that Schweikart should remain housed in FDC-Miami for the duration of this case.

WHEREFORE, SCHWEIKART, without opposition from the United States, and the above listed mental health experts, respectfully requests this Honorable Court use its best efforts to keep Defendant housed in FDC-Miami for the duration for the duration of his pending legal proceedings.

## **CERTIFICATE OF SERVICE**

Counsel certifies a true & correct copy of this motion was efiled into ECF on November 8, 2024, and by email on same date to the following persons: Dr. Lisa Feldman (lfeldman@bop.gov); Dr. Carmen Rodriguez (c13rodriguez@bop.gov); and Mr. Marton Gyires, Esq., AUSA, (Marton.Gyires@usdoj.gov).

| | |
|---|---|
| GERSHMAN & GERSHMAN | EDWARD D. REAGAN, P.A. |
| 2160 W. Atlantic Avenue, Second Floor | 658 West Indiantown Road |
| Delray Beach, FL 33445 | Jupiter, FL 33458 |
| Telephone: (561) 684-8898 | Telephone: (561) 832-7443 |
| robert@rglawfirm.us | edward.d.reagan@gmail.com |
| S//Robert Gershman | S//Edward Reagan |
| ROBERT S. GERSHMAN | EDWARD D. REAGAN |
| Fla. Bar No. 917397 | Fla. Bar. No. 0028215 |
| *Attorney for Defendant* | *Attorney for Defendant* |

3