**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. 24 CR 80056 WPD

v.

CHRISTOPHER SCHWEIKART
     Defendant.

_____/

**UNOPPOSED MOTION TO ALLOW THE WIFE AND PARENTS OF THE COMMITTED/ DEFENDANT TO APPEAR AT THE JULY 24, 2026 HEARING VIA ZOOM**.

COMES NOW, the Committed Defendant, by and through his undersigned counsel, and files this Motion to Allow his wife and parents to attend the July 24, 2026 hearing via zoom.  In support of said Motion the undersigned signed would state:

1.     The Defendant was committed pursuant to 18 U.S.C. Section 4253 by the United States District Court on June 16, 2025.

2.     On June 24, 2026, the Warden, Jared Rardin, at the Federal Bureau of Prisons, Federal Medical Center, Rochester, Minnesota filed a Memorandum for Warden.  The subject line of the Memo was: RECOMMENDATION FOR CONDITIONAL RELEASE.

3     Attached to the Memo were two letters, one from the Committed/ Defendant from his wife, Autumn Kruse and another from his mother and stepfather, Valerie and Fernando Varela.  Additionally, a copy of the ANNUAL FORENSIC PSYCHOLOGICAL REPORT 14 pages in length.

4.     Undersigned counsel requests that the Committed/ Defendant's wife, Autumn Kruse and his mother and step father, Valerie and Fernando Varela, be able to appear by Zoom since they are an integral part of the Committed Defendant's conditional release plan and due in

part that they reside in Stuart, Florida and Port Charlotte, Florida, respectively.

5.      Pursuant to local rule 88.9, the undersigned counsel has conferred with Assistant

United States Attorney, Marton Gyires,  who does not object to the Motion.

WHEREFORE, the Defendant respectfully requests that this Court enter an

Order Allowing the Wife and Parents of the Committed/ Defendant to Appear at the July 24,

2026 Hearing VIA ZOOM.

EDWARD D. REAGAN ESQ.
Attorney for Defendant
**By:/s/Edward D Reagan**
Edward D Reagan Esq.
658 West Indian town Road -Suite 209
Jupiter, FL 33458
Telephone: (561) 832-7443
Email: edward.d.reagan@gmail.com